**QUADPAC, INC., Appellant,**

**Treasurer of Missouri, Second Injury Fund, Respondent,**

v.

**Marie Ann DESSELLE, Respondent.**

No. WD 52127.

Missouri Court of Appeals, Western District.

Aug. 20, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 1, 1996.

Application to Transfer Denied Nov. 19, 1996.

Michael Joseph Svetlic, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Randell Collins, Asst. Atty. Gen., Kansas City, for Resp. Treas. of Mo., Second Injury Fund.

George W. Lehnen, II, Richmond, for Resp. Marie Desselle.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Appeal of decision of the Labor and Industrial Relations Commission which affirmed the award to the claimant made by the Administrative Law Judge.

Judgment affirmed. Rule 84.16(b).